ORDER: The Initial Case Mgt Conference is continued and will be reset by separate Order. This Motion is DENIED as moot.

*E. Clifton Knowles*
U.S. Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| COREY D. CLARK ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIV. NO. 3:13-cv-00058 |
| ) | JUDGE SHARP/KNOWLES |
| ) | |
| E! ENTERTAINMENT ) | |
| TELEVISION, INC., ) | |
| E! ENTERTAINMENT TELEVISION ) | JURY DEMAND |
| INTERNATIONAL HOLDINGS, LLC ) | |
| FOX INC. ) | |
| GIBSON DUNN & CRUTCHER ) | |
| MORRISON FOERESTER ) | |
| ) | |
| Defendants. ) | |

**MOTION TO APPEAR AT APRIL 22, 2013 CASE MANAGEMENT CONFERENCE BY TELEPHONE**

Matthew Scott Martin, counsel for Plaintiff, moves, per II.C. of this Court's Practice and Procedure Manual, for permission to appear at the upcoming April 22, 2013 Case Management Conference by telephone. In support of this motion, Mr. Martin states as follows:

1) Mr. Martin, lead counsel for Plaintiff, has not conferred with any opposing party or their counsel before filing this motion as no other party has yet been served with the summons and complaint.

2) Counsel has conferred with Plaintiff and is authorized to state that he consents to this motion.

3) This case is scheduled for a Case Management Conference on April 22, 2013, 11:00 a.m.

Page 1