ORDER:
**ORDER:**
Motion Denied as Moot in view of Docket No. 23.

*E. Clifton Knowles*
U.S. Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| COREY D. CLARK ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIV. NO. 3:13-cv-00058 |
| ) | JUDGE SHARP/KNOWLES |
| ) | |
| E! ENTERTAINMENT ) | |
| TELEVISION, INC., ) | |
| E! ENTERTAINMENT TELEVISION ) | JURY DEMAND |
| INTERNATIONAL HOLDINGS, LLC ) | |
| FOX INC. ) | |
| GIBSON DUNN & CRUTCHER ) | |
| MORRISON FOERESTER ) | |
| ) | |
| Defendants. ) | |

**MOTION TO DISMISS PARTIES, TO RE-NAME PARTIES, TO DISMISS COUNT THREE AND FOR EXPEDITED RULING**

Plaintiff, by and through counsel, Matthew Scott Martin, moves this Court to dismiss Defendants E! Entertainment Television International Holdings, LLC, and Gibson Dunn & Crutcher, to re-name the remaining three parties, and to also dismiss Count Three from the original Complaint (Docket No. 1). In support of this motion, Plaintiff states as follows:

1) Plaintiff requests that this Court issue an expedited ruling.

   a) The Rule 4(m) deadline in this case is May 28, 2013.