IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| COREY D. CLARK | ) | |
| Plaintiff, | ) | |
| vs. | ) | CIV. NO. 3:13-cv-00058 |
| | ) | JUDGE SHARP/KNOWLES |
| E! ENTERTAINMENT TELEVISION, LLC, | ) | |
| FOX BROADCASTING COMPANY, and, | ) | JURY DEMAND |
| MORRISON & FOERSTER, LLP, | ) | |
| Defendants | ) | |

_____

## NOTICE OF VOLUNTARY DISMISSAL, WITH PREJUDICE, OF DEFENDANT MORRISON & FOERSTER, LLP, UNDER F.R.C.P. 41(1)(A)(i)

The Plaintiff, by and through counsel, Matthew Scott Martin, moves to dismiss Defendant Morrison & Foerster, LLP. In support of this motion, Plaintiff states as follows:

1) Defendant Morrison & Foerster, LLP, has been served with a summons and First Amended Complaint but has not yet filed a responsive pleading.

2) Plaintiff has elected to dismiss his claims the claims against Defendant Morrison & Foerster LLP with prejudice. Plaintiff's claims against the defendants Fox Broadcasting Company and E! Entertainment Television, LLC, remain.

3) F.R.C.P. 41(1)(A)(i) permits the filing of this notice of voluntary dismissal.

Dated this 22nd day of June 2013.

                                         Respectfully submitted,

                                         S/ Matthew S. Martin_____
                                         Matthew S. Martin
                                         Attorney for Plaintiff
                                         503 N. Main, Ste. 528
                                         Pueblo, CO 81003
                                         Telephone: (719) 545-0027
                                         email: matthew@mattmartinlaw.com

## CERTIFICATE OF SERVICE

        The Plaintiff certifies that a copy of foregoing was filed electronically with the Court on the 22nd day of June, 2013 and served on the following via the Court's electronic filing program:

| | |
|---|---|
| Lucian T. Pera | Robb S. Harvey |
| Adams and Reese LLP | Waller Lansden Dortch & Davis LLP |
| 80 Monroe Avenue, Suite 700 | 511 Union Street, Suite 2700 |
| Memphis, TN 38103 | Nashville, TN 37219 |

Tricia T. Olson
Adams and Reese LLP
424 Church Street, Suite 2700
Nashville, TN 37219