IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| COREY D. CLARK, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3-13-cv-00058 |
| | ) | |
| vs. | ) | |
| | ) | |
| E! ENTERTAINMENT TELEVISION, | ) | Judge Sharp |
| LLC and FOX BROADCASTING | ) | Magistrate Judge Knowles |
| COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

The Court, having considered the Joint Motion by Defendants to Continue Case Management Conference and Maintain Stay on Discovery Pending District Court's Ruling on Defendants' Motions to Dismiss, finds that the Joint Motion is well-taken and should be granted.

Accordingly, **IT IS HEREBY ORDERED and DECREED** that the initial case management conference currently set for Wednesday, December 4, 2013 at 10:00 AM, shall be continued until January 6, 2014, at 11:00 a.m.

_____
E. CLIFTON KNOWLES
UNITED STATES MAGISTRATE JUDGE

11326792