## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| **COREY D. CLARK,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 3-13-cv-00058** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **E! ENTERTAINMENT TELEVISION,** | ) | **Judge Sharp** |
| **LLC and FOX BROADCASTING** | ) | **Magistrate Judge Knowles** |
| **COMPANY,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

The Court, having considered the Unopposed Joint Motion by Defendants to Continue Case Management Conference and Maintain Stay on Discovery Pending District Court's Ruling on Defendants' Motions to Dismiss, finds that the Unopposed Joint Motion is well-taken and should be granted.

Accordingly, **IT IS HEREBY ORDERED and DECREED** that the initial case management conference currently set for Tuesday, February 11, 2014 at 10:00 AM, shall be continued until 10:00 a.m. on, March 27, 2014.

_____
E. CLIFTON KNOWLES
UNITED STATES MAGISTRATE JUDGE

1