UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| COREY D. CLARK ) | |
| ) | No. 3:13-0058 |
| v. ) | Judge Sharp |
| ) | |
| E! ENTERTAINMENT TELEVISION, LLC, ) | |
| et al., ) | |
| ) | |

**O R D E R**

Pending before the Court is Plaintiff's Amended Motion for Oral Argument Regarding Motions to Dismiss (Docket Entry No. 81). The motion is GRANTED and the Court will hear oral argument on the pending motions to dismiss on Monday, April 21, 2014, at 10:00 a.m.

IT IS SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE