# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| COREY D. CLARK, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3-13-cv-00058 |
| | ) | |
| vs. | ) | |
| | ) | |
| E! ENTERTAINMENT TELEVISION, | ) | Judge Sharp |
| LLC, and FOX BROADCASTING | ) | Magistrate Judge Knowles |
| COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

---

## DEFENDANT E! ENTERTAINMENT TELEVISION, LLC'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS

---

Defendant E! Entertainment Television, LLC ("E! Entertainment"), pursuant to Fed. R. Evid. Rule 201 and the Court's inherent authority, respectfully requests that the Court take judicial notice of the television program "E! True Hollywood Story: Paula Abdul" (the "Program")[1] and the "Showcase" summary page from *The Tennessean* article demonstrating the August 28, 2005 airing of the Program in Davidson County, Tennessee ("*Tennessean* article"). This request is submitted in connection with this Defendant's simultaneously-filed Motion to Dismiss.

## INTRODUCTION

On January 27, 2012, E! Entertainment aired the program "E! True Hollywood Story: Paula Abdul" (the "Program"), which examines aspects of the life of popular entertainer Paula Abdul. The First Amended Complaint alleges that the January 27, 2012 airing of the Program

---

[1] E! Entertainment simultaneously has filed a Motion for Leave of Court to Manually File a DVD copy of the Program at issue as Exhibit A to this Request for Judicial Notice.