UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| COREY D. CLARK | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:13-00058 |
| | ) | Judge Sharp |
| E! ENTERTAINMENT TELEVISION, LLC, and FOX BROADCASTING COMPANY, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum, the Motions to Dismiss filed by Defendants E! Entertainment Television, LLC and Fox Broadcasting Company (Docket Nos. 41 & 43) are hereby GRANTED and this case is hereby DISMISSED WITH PREJUDICE.

The Clerk of the Court shall enter a final judgment in accordance with Rule 58 of the Federal Rules of Civil Procedure.

It is SO ORDERED.

KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE