TUVQJÞÃÕÜŒÞVÒÖÁ
Kevin H. Sharp

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| COREY D. CLARK )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>E! ENTERTAINMENT TELEVISION, LLC, )<br>and )<br>FOX BROADCASTING COMPANY, )<br>Defendants. ) | CIV. NO. 3:13-cv-00058<br>JUDGE SHARP/KNOWLES<br><br>JURY DEMAND |

_____

### ***PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF HIS MOTION TO VACATE THE DISTRICT COURT'S ORDER AND JUDGMENT [Docket Nos. 90-92] IN ITS ENTIRETY PURSUANT TO RULES 59 AND 60***

The Plaintiff, by and through counsel, Matthew Scott Martin, moves this Court for an order granting leave to file a reply to his *Motion to Vacate the District Court's Order and Judgment [Docket Nos. 90-92] in its Entirety Pursuant to Rules 59 and 60* (after this, simply "the Motion to Vacate"*)*. In support of this motion, Plaintiff states as follows:

1) Undersigned counsel has conferred with counsel for both defendants regarding their position on Plaintiff's filing of a motion for leave to a reply, and is authorized to state that neither counsel opposes the filing of the motion, albeit they do not consent to the motion.

2) On July 28, 2014, Defendants filed their responses (Docs. 95 and 96) to the Motion to Vacate.